No. 9746.   JENNINE E. HELM, Plaintiff and Appellant, v. MARVIN B. PORTER, Defendant and Respondent.

317 Pac. (2d) 315.

Decided November 7, 1957.

*Ellsworth A. Cragholm*, Missoula, for Appellant.

*Jardine, Stephenson, Blewett & Weaver*, Great Falls, for Respondent.

Per Curiam.

The motion to dismiss the appeal herein is hereby granted, and said appeal is hereby dismissed.